**1**

MARIE LA RUSSO, Individually and as Administratrix of the Estate of ANTHONY M. PALADINO, Deceased, et al., Appellants, v. PATRICK PALADINO et al., Respondents.— In this action against a surviving partner and others for an accounting of partnership assets brought by the administratrix of the deceased partner and by his wife and son, individually, the complaint has been dismissed on the ground that the only person entitled to seek an accounting is the administratrix of the deceased partner and, as to the administratrix, the action is barred by the ten-year Statute of Limitations. On this appeal by the plaintiffs from the order and judgment dismissing their complaint, the only argument made is that the term "legal representative" used in sections 73 and 74 of the Partnership Law includes the infant son of the deceased partner and, therefore, the Statute of Limitations is not a bar. Order and judgment unanimously affirmed, with $10 costs and disbursements. (*Griswold* v. *Sawyer*, 125 N. Y. 411; *Losch* v. *Marcin*, 251 N. Y. 402, 410; *McQuaide* v. *Perot*, 223 N. Y. 75, 79.) Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 281 App. Div. 753.]

**2**

F. CLIFF JEWELL, as Administrator of the Estate of FREDERICK J. JEWELL, Deceased, Respondent, v. H. LEE MCBRIDE et al., Individually and as Copartners Doing Business under the Name of H. L. AND F. MCBRIDE et al., Appellants.— In an action to recover damages for wrongful death of plaintiff's intestate, an infant six years old, as a result of an accident on June 17, 1950, in Yates County, defendants moved for an order changing the place of trial from Westchester County, where plaintiff resides, to Yates County, on the ground of convenience of witnesses. The action was commenced on October 16, 1950. Issue was joined on October 30, 1950, and the cause was noticed for trial for the January, 1951, term. The motion, resulting in the order appealed from, was made in April, 1952, sixteen months after the cause was noticed for trial. The Special Term denied the motion because it was not timely made. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

**3**

FRANCES RANDAZZO, Respondent, v. ANTHONY RANDAZZO, Appellant.— Defendant appeals from an order which grants plaintiff's motion to modify a judgment of divorce so as to include provision for her support, and awards a counsel fee. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.